**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

METROPOLITAN LIFE INSUARNCE,

                        Plaintiff,

    v.                                                  1:20 -CV-1351
                                                           (MAD/DJS)

DAVID M. OLVER, *et al.*,

                        Defendants.

---

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

In response to this Court's most recent Discovery Order (Dkt. No. 179), additional documentation has been provided for *in camera* review. That review of the additional documents submitted by Defendant Barbara Forth is now complete. Based upon that review, there are no documents contained in the recent submission which need be disclosed. The Court had previously directed Defendant Forth to provide the following documents to the Webb Defendants:

    a.      Purported note by healthcare provider to decedent. BOF-102.

    b.      List of items. BOF-103.

    c.      Photo of Paul Webb. BOF-167.

    d.      Affidavit of David Webb, dated July 17, 2018. BOF-252-268.

If these documents have not already been provided to the Webb Defendants, Defendant Forth is directed to immediately do so.

Defendant James Oliver has confirmed with the Court that he has supplied the documents directed by the Court, and a similar confirmation has been made by the Webb Defendants. Dkt. Nos. 181 & 182. Finally, Defendant David Oliver has now filed a document formally representing to the Court that he has no responsive documents. Dkt. No. 183.

At this point in time, it appears that nothing further needs to be done to address the outstanding discovery dispute. If for any reason any of the parties disagree, they are to file a status letter with the Court.

**SO ORDERED**.

Dated: March 4, 2022
      Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge